

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2015

No. 04-14-00854-CV

Norris J. **DEVOLL**,
Appellant

v.

Rebecca **DEMONBREUN** and William Dowds,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15237
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

Appellant Norris J. Devoll has filed a notice stating that he is in bankruptcy. The notice states that the bankruptcy proceeding is pending in the United States Bankruptcy Court for the Western District of Texas in San Antonio, under Case No. 15-40122G, styled In re: Norris J. Devoll. The notice contains an authenticated copy of the page[s] of the bankruptcy petition showing that the petition was filed on January 7, 2015. Accordingly, the appeal and all time periods are stayed from the date the bankruptcy petition was filed. *See* Tex. R. App. P. 8.2.

It is therefore **ORDERED** that this appeal is **ABATED**. For administrative purposes, the **appeal will be treated as a closed case**, unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court